UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,
                Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
                Defendant.

SIPA LIQUIDATION

No. 08-01789 (BRL)

(Substantively Consolidated)

---

In re:

BERNARD L. MADOFF,
                Debtor.

---

## NOTICE OF APPEAL JURY DEMAND

**NOW,** come the Surabians, Martin M. Surabian, Richard Surabian and Steven Surabian's Notice of Appeal of Bench Ruling Denying Motion For Late Appeal Of Distribution Order and Refraining From Ruling On The Motion For Late Appeal Of Expungement Order and Memorandum Decision And Order Denying Surabians' (I) Vacate Motion, (II) Late Opposition Motion, (III) Madoff Subpoena Motion, And (IV) Records Subpoena Motion, dated April 25, 2013, Burton R. Lifland, United States Bankruptcy Judge, Jury Demand.

_____
Steven Surabian Pro se
1230 Rt. 28
S. Yarmouth, MA 02664
(508) 688-4613

_____
Richard Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
(508) 579-9834

_____
Martin M. Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
(Deceased)

Date: May 6, 2013



RECEIVED
MAY - 9 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## CERTIFICATE OF SERVICE

I certify that this 7th day of May 2013 a true copy of this Notice of Appeal Jury Demand was served by 1st class US mail postage prepaid on David J. Sheehan, Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

_____
Steven Surabian